UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| Case No. | **2:25-cv-10312-MCS-DFM** | Date | December 19, 2025 |
|---|---|---|---|
| Title | ***Cauley v. B & H Auto Parts, Inc.*** | | |

Present: The Honorable    Mark C. Scarsi, United States District Judge

| Stephen Montes Kerr | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:    (IN CHAMBERS) ORDER DISMISSING CASE (JS-6)**

On December 1, 2025, the Court ordered Plaintiff to show cause why this case should not be dismissed for lack of standing. (OSC, ECF No. 15.) The Court warned that "[f]ailure to file a timely and satisfactory response will be construed as a concession that Plaintiff lacks standing to pursue the ADA claim and will result in dismissal without further notice." (*Id.* at 3.) Plaintiff did not file a timely response. The Court accordingly dismisses the ADA claim and directs the Clerk to close the case. This Order shall constitute notice of entry of judgment pursuant to Federal Rule of Civil Procedure 58. Pursuant to Local Rule 58-6, the Court directs the Clerk to treat this Order, and its entry on the docket, as an entry of judgment.

**IT IS SO ORDERED.**